# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 23-CR-00166-KD-N |
| TERRY TILLMAN, JR.<br>     Defendant. | :<br>: |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 23) and without any objection having been filed, Defendant Terry Tillman, Jr.'s plea of guilty to Count 1 and Count Two of the Indictment is accepted and Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **February 23, 2024, at 9:00 a.m.** in **Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the 1st day of December 2023.

s/Kristi  K. DuBOSE
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE